IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JULIO CHARLICE SANTANAS,** | : |
| Petitioner, | : |
| vs. | :    **CIVIL ACTION 06-00849-CG-B** |
| **ALBERTO GONZALES,** *et al.,* | : |
| Respondents. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that this petition be and is hereby dismissed as moot.

**DONE and ORDERED** this 15th day of May, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE